**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 25-cv-00863-NYW-SBP

JOEY LAMONT BRUNSON,

Plaintiff,

v.

NICOLE VIDO,
P. SCOTT, and
E. WALTERS,

Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge issued by the Honorable Susan Prose on August 11, 2026. [Doc. 45]. Judge Prose recommends that Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6), [Doc. 30], be granted, [Doc. 45 at 1]. Furthermore, Judge Prose recommends that Plaintiff's official-capacity claims for injunctive relief be dismissed without prejudice and that Plaintiff's individual-capacity claims against the individual Defendants be dismissed with prejudice. [*Id.* at 24].

The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the Parties. [*Id*. at 24 n.11]; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 11, 2026. *See* [Doc. 45]. No Party has objected to the Recommendation and the time to do so has elapsed.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the law.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge [Doc. 45] is **ADOPTED**;

(2) Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) [Doc. 30] is **GRANTED**;

(3) Plaintiff's official-capacity claims for injunctive relief are **DISMISSED without prejudice**;

(4) Plaintiff's individual-capacity claims against the individual Defendants are **DISMISSED with prejudice**;

(5) Judgment shall enter in favor of Defendants and against Plaintiff;

(6) Defendants are awarded their costs under Local Rule 54.1;

(7) The Clerk of Court shall terminate this case; and

[1] This standard of review is something less than a "clearly erroneous or . . . contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

(8) The Clerk of Court shall mail a copy of this Order to:

Joey Lamont Brunson, #91646-071
Hazelton-FCI
Inmate Mail/Parcels
P.O. Box 5000
Bruceton Mills, WV 26525

DATED: September 15, 2026

BY THE COURT:

Nina Y. Wang
United States District Judge